# EXHIBIT 1

# PHARMLINE, Inc.
# The Source
## - For Fine Nutritional Products -

### August 1991



## PHARMLINE...
### A little Bit About Us

Pharmline's goal is to be *THE SOURCE* for ethical nutritional products and quality raw materials. The Company President, John Witterschein, has over twelve years of experience serving the nutritional food and pharmaceutical industries. Pharmline, now in its fifth year, has established a track record of providing product, delivery and technical support to its customers. Our extensive contacts with manufacturers and suppliers in Europe, Asia and South America allow us to introduce cutting edge products to the industry.

    Pharmline is a member of the Herb Research Foundation, the Institute of Food Technologists, the American Association of Candy Technologists, the NNFA, the Council for Responsible Nutrition and the American Herb Products Association.

    Quality Control is a key concern at our processing facility where pharmaceutical Good Manufacturing Practices (GMP's) are followed for custom blending, grinding, granulating and vacuum drying services. Our laboratory has equipment for mixing, drying and sizing as well as instruments for assay and validation of raw materials. We have complete in-house microbiological capacity, including spectrophotometers and apparati for HPLC, A/A, UV vis., melting point, pH, and fiber products validation. All Pharmline operations revolve around our GMP Program in which raw materials are quarantined, sampled, tested, and released under the strictest conditions. A sample of every



# Pharmline • *Fine nutritional products*

## PHARMLINE – Product Line

**Amino Acids/Derivatives**

N Acetyl-L-Cysteine

**Amino Acid Chelates**

**Botanicals**

**Glandular Products**

**Oils**

**Botanical Extracts**

**Vitamins**

**Aspartates**

**Spice Powders**

---

**PHARMLINE, INC.**
41 Bridge Street • Florida, New York 10921
(914) 651-4443 • FAX (914) 651-6900 • Telex 710 110 1708

Att. B
Case 8:21-cv-03112-TDC Document 1-1 Filed 12/06/21 Page 4 of 14

# 1994 Professional Price List and Catalog Supplement





# NF FORMULAS, INC.

Ex. 1
Page 3

# Index

## Professional Prices

| | |
|---|---|
| Sales and Shipping Policy | 1 |
| Daily Multiple Vitamin-Mineral Formulas | 2 |
| Echinacea Specialty Products | 2 |
| Beta Carotene Formulas | 3 |
| Vitamin B Formulas | 3 |
| Vitamin C Formulas | 3 |
| Vitamin E Formulas | 3 |
| Calcium/Magnesium & Mineral Formulas | 3 |
| Acidophilus Formulas | 4 |
| Enzyme Formulas | 4 |
| Omega-3 & 6 Fatty Acids and Other Oils | 4 |
| Amino Acid Formulas | 4 |
| Botanical Specialty Formulas | 4 |
| Homeopathic Formulations | 5 |
| Diluted Concentrates | 5 |
| Specialty Formulas | 5 |
| Glandular Formulas | 6 |
| Botanical Liquid Extract Combinations | 6 |
| Chinese Herbal Formulas | 6 |
| Botanical Powdered Extracts | 6 |
| Botanical Solid Extracts | 6 |
| Botanical Liquid Extracts | 7 & 8 |
| Botanical Essential Oils | 8 |
| Fluid Extracts | 8 |
| Precise Fluid Extracts | 8 |
| Glycerin Extracts | 8 |
| Botanical Oils | 8 |

**Prices Effective January 15, 1994**

**Case Discount: Buy 11 Bottles, Receive 1 Free!**

## Catalog Supplement

| | |
|---|---|
| Multiple Vitamin-Mineral Formulas: | |
| [redacted] | 9 |
| [redacted] | 9 |
| Mineral and Vitamin Formulas: | |
| [redacted] | 10 |
| [redacted] | 10 |
| [redacted] | 10 |
| New Amino Acid Formulas: | |
| [redacted] | 10 |
| [redacted] | 10 |
| Botanical Extract Formulas: | |
| [redacted] | 11 |
| [redacted] | 11 |
| [redacted] | 11 |
| Specialty Product Formulas: | |
| [redacted] | 11 |
| Homeopathic Formulas: | |
| [redacted] | 11 |

# Sales and Shipping Policy

### Terms
Orders are to be C.O.D. or prepaid with check, money order or valid VISA or MasterCard. Customers with approved credit are Net 10 days. Accounts with invoices not paid within 45 days may be subject to a finance charge of 1.5% per month (18% annually) and may be placed on C.O.D. status with notice. Invoices are attached to the outside of the box.

### Prices
All prices are the professional bottle price and are subject to change without notice. Case discount: buy 11 bottles and receive one bottle free.

### Ordering
Call in or fax your order at anytime. Customer Service Representatives are available to help you 8:00 am - 5:00 pm Pacific Time.

### Back Order Policy
If an item is temporarily out of stock, it will be placed on Back Order. We will ship the product as soon as it is available and there will be no additional handling charges; the shipping charge will be only the actual amount.

### Shipping Policy
United Parcel Service (UPS) is our carrier of choice. Other carriers may be used, upon request.

### Shipping Charges
There is a minimum charge for shipping and handling based on UPS Zones:

| | |
|---|---|
| UPS Zones 2-3 | $4.50 |
| UPS Zones 4-5 | $5.00 |
| UPS Zones 6-7 | $5.50 |
| UPS Zone 8 | $6.00 |

Additional charges are based upon weight. The UPS C.O.D. fee is $5.00. UPS rates are subject to change. Non-UPS packages will be charged actual freight costs.

### Special Delivery Services
United Parcel Service (UPS):
2nd Day Delivery (Blue Label)
Next Day Delivery (Red Label)
Federal Express: all services

---

Call Toll-Free for a Customer Service Representative
8:00 am - 5:00 pm Pacific Time:
**800 547-4891**

Customers with approved credit will be invoiced. We accept the following credit cards:




**NF FORMULAS, INC.**
9775 SW Commerce Circle ♦ Suite C-5
Wilsonville, Oregon 97070-9602
503 682-9755 ♦ FAX 503 682-9529

---

**NF FORMULAS, INC.**

# PROFESSIONAL PRICE LIST 4

## Acidophilus Formulas

| PRODUCT NAME | DESCRIPTION | SIZE | PRICE | CODE |
|---|---|---|---|---|
| ▮ | ▮ | 90 Capsules | $ ▮ | ▮ |

## Enzyme Formulas

| PRODUCT NAME | DESCRIPTION | SIZE | PRICE | CODE |
|---|---|---|---|---|
| ▮ | ▮ | 100 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Tablets | $ ▮ | ▮ |

## Omega-3 & 6 Fatty Acids and Other Oils

| PRODUCT NAME | DESCRIPTION | SIZE | PRICE | CODE |
|---|---|---|---|---|
| ▮ | ▮ | 90 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 8.5 Fluid Ounces | $ ▮ | ▮ |
| ▮ | ▮ | 100 Capsules | $ ▮ | ▮ |

## Amino Acid Formulas

| PRODUCT NAME | DESCRIPTION | SIZE | PRICE | CODE |
|---|---|---|---|---|
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| N.A.C. | 600 mg N-Acetyl-L-Cysteine | 60 Capsules | $ 8.00 | 21301 |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 6 Fluid Ounces | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 100 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 180 Capsules | $ ▮ | ▮ |

## Botanical Specialty Formulas

| PRODUCT NAME | DESCRIPTION | SIZE | PRICE | CODE |
|---|---|---|---|---|
| ▮ | ▮ | 180 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 120 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 50 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 100 Tablets | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 90 Tablets | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 90 Tablets | $ ▮ | ▮ |
| ▮ | ▮ | 240 Tablets | $ ▮ | ▮ |
| ▮ | ▮ | 120 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 60 Tablets | $ ▮ | ▮ |
| ▮ | ▮ | 60 Capsules | $ ▮ | ▮ |
| ▮ | ▮ | 30 Lozenges | $ ▮ | ▮ |
| ▮ | ▮ | 60 Tablets | $ ▮ | ▮ |
| ▮ | ▮ | 30 Capsules | $ ▮ | ▮ |

**NF FORMULAS, INC.**





May 2, 1994

Mr. Michael McGuffin
McZand Herbal Inc.
P.O. Box 5312
Santa Monica, CA 90409

Dear Mr. McGuffin:

Enclosed please find our catalog offering a variety of HERBS, HERBAL EXTRACTS, ORGANIC MINERALS and NUTRITIONAL SUPPLEMENTS.

Our many years of service providing products through brokers and distributors has earned ISLAND ORGANICS an excellent reputation for prompt reliable service and quality products.

Now, not only have we expanded our inventory, but sell directly to the industry at large at the same incredibly low prices.

I will give you a call next week and answer any questions you may have.

Very truly yours,

Pat Ransom
Pat Ransom
Account Executive

/pr
encl.

Branch Office: (201) 796-1807   Fax (201) 796-8894



100 South Washington Avenue, Dunellen, NJ 08812   (908) 968-6664  Fax (908) 968-6866

## Vitamins and Nutritional Supplements



N-Acetyl Cysteine



# now NATURAL FOODS

**October 1993 Specials**

**TWO BIG CHANGES**
1. Starting October 1, 1993, we plan to use 100% starch foam in our order packing. No more harsh styrofoam. Thanks to Marcia at Sevenanda for convincing us.
2. Since September 1, we now have a separate 800 number for credits and customer service. Call Angela or Elva at 1-800-283-3500.

## #1 TWINPACK — EVENING PRIMROSE

We recently tested our cold pressed Evening Primrose Oil and found it to contain exactly 9% GLA and 72% Linoleic Acid. This 500 mg softgel is identical to other national bestseller's full fatty acid profile.

| | CODE | REG | SALE |
|---|---|---|---|
| 100+100 | 1751 | ONLY | 11.37 |
| 250 Caps | 1752 | 17.48 | 13.48 |



## #2 TWINPACK — B-50 CAPSULES

Get 50 mg of eight B-vitamins plus B-12, Biotin, and Folic Acid. This is basic nutrition at the lowest possible price. Our capsules are hypoallergenic, being formulated in a white rice powder base.

| | CODE | REG | SALE |
|---|---|---|---|
| 100+100 | 0421 | ONLY | 5.97 |
| 250 Caps | 0422 | 7.95 | 6.98 |



## #3 TWINPACK — C-1000 CAPSULES

Get one full gram Ascorbic Acid in this capsule plus 100 mg Citrus Bioflavonoids. Buy in on a great deal to stock up for the winter season. Compare and save even on private label prices.

| | CODE | REG | SALE |
|---|---|---|---|
| 100+100 | 0691 | ONLY | 7.77 |
| 250 Caps | 0692 | 9.98 | 8.98 |



## #4 TWINPACK — SUPER ODORLESS GARLIC

Our 18-month aged Garlic is a 100:1 concentrate equivalent to 5000 mg. We've added standardized Hawthorn Berry Extract and Cayenne Pepper for synergistic benefits. This Garlic is produced in Japan.

| | CODE | REG | SALE |
|---|---|---|---|
| 90+90 | 1816 | ONLY | 7.17 |
| 180 Caps | 1817 | 9.48 | 7.17 |



## #5 TWINPACK — 100% NATURAL E-400 SOFTGELS

Natural Vitamin E is still provided by two suppliers: Kodak and Henkel. We buy from one of seven softgel producers, all within 3% of the labeled potency. Minimum 24° rotation.

**MIXED TOCOPHEROL**

| | | | |
|---|---|---|---|
| 100+100 | 0893 | ONLY | 6.48 |
| 250 Caps | 0894 | 8.48 | 7.48 |
| 500 Caps | 0896 | 15.48 | 14.48 |

**D-ALPHA TOCOPHERYL ACETATE**

| | | | |
|---|---|---|---|
| 100+100 | 0838 | ONLY | 6.48 |
| 250 Caps | 0839 | 8.48 | 7.48 |
| 500 Caps | 0841 | 15.48 | 14.48 |




## PLANT UPDATE

As of mid-September, our new office/warehouse building is nearing completion. The walls are up and the roof is being finished. The building has four docks and lots of space everywhere we need it. Our early projections are for the entire building to be completed by the end of October. This will include office and production furnishings, new pallet shelving, everything we wanted but couldn't fit presently, and, maybe, a movable indoor basketball court! In any event, we plan on moving throughout the month of November in several stages. Depending on how scheduling proceeds, we should be moving our offices in mid to late November. Thank you all for your continued support that makes our move possible. Feel free to visit our new facility and we'll be more than happy to show off our new home.

Our phone and fax will remain the same. Our new address as of mid-November is:

550 Mitchell Road
Glendale Hts., IL 60139

## WELCOME PAT!

Pat Keegan started as our new sales representative September 2nd. He is a health enthusiast who enjoys working with people and wants to be a part of our industry. His interests include basketball, jogging, and coaching in sports clinics. His past sales experience includes part-time summer work for two years at his mom's health food store. There he learned the basics and is now ready to contribute to building our company and industry. Pat will be talking to many of you, especially those in Southern California. He'll be reaching out to the biggest market in the U.S. where NOW is able to grow the most.

Welcome Pat!

**1-800-999-8069    Minimum Order — $95    Free Freight $250**

# FOUR OCTOBER SPECIALS

## WHEAT SPROUT ANTIOXIDANT



This product is produced from concentrated wheat sprouts hydroponically grown in a mineral-rich nutrient medium and high oxygen environment. This carefully controlled process maximizes the production of natural antioxidant enzymes including superoxide dismutase, catalase, glutathione peroxidase, and methionine reductase. Whole food antioxidant enzyme support is the perfect adjunct to any nutritional program, focusing upon prevention and environmental protection. Contains no soy, gluten, milk, egg, or preservatives.

The unique biological activity of Wheat Sprout Antioxidant is preserved through low temperature, non-force, dehydration and special process tableting. It takes more than one pound of fresh sprouts to yield one ounce of finished product—a 20:1 supplement that is university tested.

|  | CODE | REG. | SALE |
|---|---|---|---|
| 100 Tabs | 2740 | ~~6.48~~ | **5.48** |
| 200 Tabs | 2742 | ~~12.48~~ | **10.48** |

## NAC
## N-ACETYL CYSTEINE
### WITH SUPPORTING NUTRIENTS



NAC is a stable form of the amino acid L-Cysteine. It is converted by the body into glutathione and then into glutathione peroxidase, an antioxidant enzyme. Our capsules contain no yeast, wheat, corn, soy, milk, egg, or preservatives. We have added trace minerals Molybdenum and Selenium for synergistic support. Compare our **600 mg** with smaller size or lower potency competitors.

**EACH CAPSULE PROVIDES:**
NAC (N-Acetyl Cysteine) ............... 600 mg
Molybdenum (Amino Acid Chelate) ....... 50 mcg
Selenium (L-Selenomethionine) .......... 25 mcg

|  | CODE | REG. | SALE |
|---|---|---|---|
| 100 Caps | 0085 | ~~8.48~~ | **7.48** |

## FREEDOM OF INFORMED CHOICE
### THE FDA VS. NUTRIENT SUPPLEMENTS

This book offers the latest in our battle with the FDA. Durk Pearson and Sandy Shaw are two well-known and respected authors.

**120 Page book**

| CODE | REG. | SALE |
|---|---|---|
| 8605 | ONLY | **2.37** |

## MORE THAN A SLINGSHOT
### BY FRANK MURRAY

This first generation FDA book offers classic arguments on legislative activity and over-enforcement by the FDA. Frank Murray is a longtime industry writer focusing on the future of the FDA and our industry.

**240 Page book**

| CODE | REG. | SALE |
|---|---|---|
| 8629 | ONLY | **2.66** |

# NEW SEPTEMBER SPECIALS

## AMERICAN GINSENG
### 5% GINSENOSIDES



Today, the majority of American Ginseng is exported to China, where it is considered to be a highly treasured herb. Our American Ginseng capsules are derived from four to five year old ginseng roots cultivated in Wisconsin. The climate in Wisconsin is ideal for growing ginseng and, therefore, produces exceptionally high levels of ginsenosides. This capsule includes a minimum of 5% ginsenosides, although many lots contain over 10% ginsenosides!

|  | CODE | REG. | SALE |
|---|---|---|---|
| 50 Caps | 4002 | ~~4.48~~ | **3.98** |
| 100 Caps | 4004 | ~~8.48~~ | **7.48** |

## CHOLINE & INOSITOL



**Two Capsules Provide:**
Elemental Choline ......................... 250 mg
(from 532 mg Choline Bitartrate)
Inositol ...................................... 250 mg

Choline and Inositol are two members of the B-complex family. Each capsule contains no yeast, wheat, corn, soy, milk, egg, or preservatives.

|  | CODE | REG. | SALE |
|---|---|---|---|
| 100 Caps | 0470 | ~~3.98~~ | **2.98** |




Case 8:21-cv-03112-TDC Document 1-1 Filed 12/06/21 Page 12 of 14

The Miami Herald (Miami, Florida) · Thu, Sep 22, 1994 · Page 381
https://www.newspapers.com/image/638311181
Printed on Dec 5, 2021



Copyright © 2021 Newspapers.com. All Rights Reserved.



Ex. 1
Page 11



**October 1993 Specials**

**NATURAL FOODS**

**TWO BIG CHANGES**
1. Starting October 1, 1993, we plan to use 100% starch foam in our order packing. No more harsh styrofoam. Thanks to Marclaat Sevananda for convincing us.
2. Since September 1, we now have a separate 800 number for credits and customer service. Call Angela or Elva at 1-800-___-3500.

### #1 TWINPACK — EVENING PRIMROSE

We recently tested our cold pressed Evening Primrose Oil and found it to contain exactly 9% GLA and 72% Linoleic Acid. This 500 mg softgel is identical to other national bestseller's full fatty acid profile.

|  | CODE | REG | SALE |
|---|---|---|---|
| 100+100 | 1751 | ONLY | 11.37 |
| 250 Caps | 1752 | 17.48 | 13.48 |



### #2 TWINPACK — B-50 CAPSULES

Get 50 mg of eight B-vitamins plus B-12, Biotin, and Folic Acid. This is basic nutrition at the lowest possible price. Our capsules are hypoallergenic, being formulated in a white rice powder base.

|  | CODE | REG | SALE |
|---|---|---|---|
| 100+100 | 0421 | ONLY | 5.97 |
| 250 Caps | 0422 | 7.95 | 6.98 |



### #3 TWINPACK — C-1000 CAPSULES

Get one full gram Ascorbic Acid in this capsule plus 100 mg Citrus Bioflavonoids. Buy in on a great deal to stock up for the winter season. Compare and save even on private label prices.

|  | CODE | REG | SALE |
|---|---|---|---|
| 100+100 | 0691 | ONLY | 7.77 |
| 250 Caps | 0692 | 9.98 | 8.98 |



### #4 TWINPACK — SUPER ODORLESS GARLIC

Our 18-month aged Garlic is a 100:1 concentrate equivalent to 5000 mg. We've added standardized Hawthorn Berry Extract and Cayenne Pepper for synergistic benefits. This Garlic is produced in Japan.

|  | CODE | REG | SALE |
|---|---|---|---|
| 90+90 | 1816 | ONLY | 7.17 |
| 180 Caps | 1817 | 9.48 | 7.17 |



### #5 TWINPACK — 100% NATURAL E-400 SOFTGELS

Natural Vitamin E is still provided by two suppliers: Kodak and Henkel. We buy from one of seven softgel producers, all within 3% of the labeled potency. Minimum 24° rotation.



**MIXED TOCOPHEROL**

|  | CODE | | ONLY |  |
|---|---|---|---|---|
| 100+100 | 0893 | | | 6.48 |
| 250 Caps | 0894 | | 8.48 | 7.48 |
| 500 Caps | 0896 | | 15.48 | 14.48 |

**D-ALPHA TOCOPHERYL ACETATE**

100+100 ...




### PLANT UPDATE

As of mid-September, our new office/warehouse building is nearing completion. The walls are up and the roof is being finished. The building has four docks and lots of space everywhere we need it. Our early projections are for the entire building to be completed by the end of October. This will include office and production furnishings, new pallet shelving, everything we wanted but couldn't fit presently, and, maybe, a movable indoor basketball court. In any event, we plan on moving throughout the month of November in several stages. Depending on how scheduling proceeds, we should be moving our offices in mid to late November. Thank you all for your continued support that makes our move possible. Feel free to visit our new facility and we'll be more than happy to show off our new home.

Our phone and fax will remain the same. Our new address as of mid-November is:

### WELCOME

___ started as our new sales representative September 2nd. He is a health enthusiast who enjoys working with people and wants to be a part of our industry. His interests include basketball, jogging, and coaching in sports clinics. His past sales experience includes part-time summer work for two years at his mom's health food store. There he learned the basics and is now ready to contribute to building our company and industry. Pat will be talking to many of you, especially those in Southern California. He'll be reaching out to the biggest market in the U.S. where ___ is able to grow the most.

Welcome Pat!

# FOUR OCTOBER SPECIALS

## WHEAT SPROUT ANTIOXIDANT

This product is produced from concentrated wheat sprouts hydroponically grown in a mineral-rich nutrient medium and high oxygen environment. This carefully controlled process maximizes the production of natural antioxidant enzymes including superoxide dismutase, catalase, glutathione peroxidase, and methionine reductase. Whole food antioxidant enzyme support is the perfect adjunct to any nutritional program, focusing upon prevention and environmental protection. Contains no soy, gluten, milk, egg, or preservatives.

The unique biological activity of Wheat Sprout Antioxidant is preserved through low temperature, non-force, dehydration and special process tableting. It takes more than one pound of fresh sprouts to yield one ounce of finished product—a 20:1 supplement that is university tested.



|  | CODE | REG. | SALE |
|---|---|---|---|
| 100 Tabs | 2740 | 6.48 | 5.48 |
| 200 Tabs | 2742 | 12.48 | 10.48 |

## NAC N-ACETYL CYSTEINE
### WITH SUPPORTING NUTRIENTS

NAC is a stable form of the amino acid L-Cysteine. It is converted by the body into glutathione and then into glutathione peroxidase, an antioxidant enzyme. Our capsules contain no yeast, wheat, corn, soy, milk, egg, or preservatives. We have added trace minerals Molybdenum and Selenium for synergistic support. Compare our 600 mg with smaller size or lower potency competitors.



EACH CAPSULE PROVIDES:
NAC (N-Acetyl Cysteine) .............. 600 mg
Molybdenum (Amino Acid Chelate) ....... 50 mcg
Selenium (L-Selenomethionine) ......... 25 mcg

|  | CODE | REG. | SALE |
|---|---|---|---|
| 100 Caps | 0085 | 8.48 | 7.48 |

## FREEDOM OF INFORMED CHOICE
### THE FDA VS. NUTRIENT SUPPLEMENTS

This book offers the latest in our battle with the FDA. Durk Pearson and Sandy Shaw are two well-known and respected authors.

120 Page book

|  | CODE | REG. | SALE |
|---|---|---|---|
|  | 8605 | ONLY | 2.37 |

## MORE THAN A SLINGSHOT
### BY FRANK MURRAY

This first generation FDA book offers classic arguments on legislative activity and over-enforcement by the FDA. Frank Murray is a longtime industry writer focusing on the future of the FDA and our industry.

240 Page book

|  | CODE | REG. | SALE |
|---|---|---|---|
|  | 8629 | ONLY | 2.66 |

# NEW SEPTEMBER SPECIALS

## AMERICAN GINSENG
### 5% GINSENOSIDES



Today, the majority of American Ginseng is exported to China, where it is considered to be a highly treasured herb. Our American Ginseng capsules are derived from four to five year old ginseng roots cultivated in Wisconsin. The climate in Wisconsin is ideal for growing ginseng and, therefore, produces exceptionally high levels of ginsenosides. This capsule includes a minimum of 5% ginsenosides, although many lots contain over 10% ginsenosides!

|  | CODE | REG. | SALE |
|---|---|---|---|
| 50 Caps |  |  |  |

## CHOLINE & INOSITOL



Two Capsules Provide:
Elemental Choline .......................... 250 mg
(from 532 mg Choline Bitartrate)
Inositol .......................................... 250 mg
Choline and Inositol are two members of the B-complex family. Each capsule contains no yeast, wheat, corn, soy, milk, egg, or preservatives.