# EXHIBIT 2

17462260v1

# Unsubstantiated Claims and Documented Health Hazards in the Dietary Supplement Marketplace

Department of Health and Human Services
Public Health Service
Food and Drug Administration

July 1993

# Unsubstantiated Claims and Documented Health Hazards in the Dietary Supplement Marketplace

Department of Health and Human Services
Public Health Service
Food and Drug Administration

July 1993

# Table of Contents

Introduction .................................................................................................................. iv

Dietary Supplements: A Review of Current Promotional Literature
Available to Consumers in the Marketplace Related to Specific Illnesses ............. 1
    Unsubstantiated Claims—Immune Systems ................................................... 2
    Unsubstantiated Claims—Arthritis .................................................................. 9
    Unsubstantiated Claims—Cardiovascular Systems ...................................... 12
    Unsubstantiated Claims—Diabetes ............................................................... 23
    Unsubstantiated Claims—Hormones ............................................................ 28
    Unsubstantiated Claims—Cancer .................................................................. 30
    Unsubstantiated Claims—Other .................................................................... 36

Dietary Supplements: Examples of Recent Regulatory Actions
(Seizures and Warning Letters) ............................................................................... 41
    Cardiovascular System Claims ...................................................................... 42
    Multiple Disease Claims ................................................................................ 44
    Immune System Claims ................................................................................. 61
    Other Claims .................................................................................................. 63

Dietary Supplements: Examples of Current Oral Claims
Made by Health Food Store Employees for Specific Illnesses ............................. 69
    High Blood Pressure ...................................................................................... 70
    Immune System ............................................................................................. 81
    Cancer ............................................................................................................ 90

Illnesses and Injuries Associated with the
Use of Selected Dietary Supplements .................................................................. 100
    Herbals ......................................................................................................... 100
    Amino Acids ................................................................................................ 103
    Vitamins and Minerals ................................................................................ 104
    Other Products Marketed as Dietary Supplements ..................................... 105

# Introduction

This report demonstrates the pervasiveness of unsubstantiated claims currently being made for dietary supplements in the U.S. marketplace and reviews health hazards associated with dietary supplements.

FDA is issuing this report so that consumers have accurate information about the dietary supplement marketplace. The report has four sections:
- a list, with more than 500 entries, of dietary supplement products and the unsubstantiated claims currently being made for those products
- a representative list of recent FDA enforcement actions against dietary supplements
- a list of oral representations made for specific products for hypertension, immune system problems, and cancer by employees of stores selling dietary supplements
- a narrative report describing serious adverse reactions associated with selected ingredients marketed as dietary supplements.

**Products with Unsubstantiated Claims**

To gain an understanding of the current dietary supplement marketplace, FDA has compiled examples of dietary supplements and the claims being made for those products. Only printed claims have been included in this list: Pamphlets and brochures, leaflets, point-of-purchase materials, and product advertisements were the primary sources of the claims.

Whenever possible, each dietary supplement product on the list is classified according to the following code: {AA} signifies an amino acid product; {G} signifies a glandular product; {H} signifies an herbal product; {Combo H} signifies a combination herbal product; {M} signifies a mineral product; and {V} signifies a vitamin product.

Each product makes at least one unsubstantiated claim; most make several. The claims range from treatment of such chronic diseases as cancer, emphysema and multiple sclerosis to the elimination of such disorders as incontinence and varicose veins. Some promise prevention of heart disease and cataracts. Others promise cures: "removal of kidney and gallstones." Some claim very specific outcomes, such as the product that "inhibits platelet aggregation" or the one that works against "diabetic vascular damage." Others promise relief from "infection."

Unsubstantiated claims being made for dietary supplements in the United States today include claims for treatment of such infectious diseases as AIDS, chickenpox, cholera, and dysentery; they range from the general ("infection" and "senility") to the specific ("ringworm" and "impetigo").

These products may be making a wide variety of claims, but they have one thing in common: Not one of the claims has been substantiated by FDA before their appearance in the marketplace.

**FDA Enforcement Actions, November 1990 through June 1993**

Because of the current legal and regulatory framework, FDA exercises oversight on the dietary supplement industry on a case-by-case basis. Each case is extremely resource-intensive. This section of the report lists representative FDA regulatory actions, between November 1990 and June 1993, against 188 dietary supplement products that made unsubstantiated claims about serious medical conditions. It includes only actions taken under the drug provisions of the Federal Food, Drug, and Cosmetic Act by FDA's health fraud program. Items in this section marked by an asterisk are product seizures; all other listings are warning letters. As the other sections of this report make clear, this investment of resources has failed to stem the tide of unsubstantiated claims.

**Oral Claims for Dietary Supplements**

As the long list of printed claims shows, unsubstantiated claims currently are pervasive in the dietary supplement industry. No picture of the current situation would be complete, however, without an understanding of oral representations being made about these products. To complete this picture, earlier this month personnel in each of FDA's 21 district offices across the nation informally visited local stores that sell dietary supplements.

During their visits, they asked salespeople the following questions about the use of dietary supplements for specific serious and life-threatening diseases:

- "What do you sell to help high blood pressure?"
- "Do you have anything to help fight infection or help my immune system?"
- "Do you have anything that works on cancer?"

The results of those visits are presented by disease category. Of the 129 requests for information summarized in this section, 120 resulted in recommendations of specific dietary supplements. In three instances, store employees declined to make recommendations. On six occasions, employees merely provided references from reading material on dietary supplements.

The oral representations of dietary supplements demonstrate the pervasiveness of unsubstantiated claims for serious diseases being made for these products across the nation.

### Health Hazards Associated with Dietary Supplements

Unsubstantiated claims now being made for dietary supplements represent only part of the picture: In addition, some of these products present health hazards that can be serious and are sometimes fatal.

The report on health hazards focuses on selected ingredients currently available in dietary supplement products: nine herbal substances, two amino acids, four vitamin and mineral products that can be toxic at higher doses, and one other product. This list is not intended to be all-inclusive.

### Conclusions

Roughly 80 percent of the dietary supplement marketplace consists of vitamins and minerals that are marketed at reasonable potencies and make no unsubstantiated health claims. The conclusions of this report do apply, however, to the other 20 percent of the marketplace: those dietary supplement products that present safety concerns or make unsubstantiated claims.

Thousands of unsubstantiated claims are being made about hundreds of dietary supplements. Some ingredients marketed as dietary supplements have demonstrated serious and even life-threatening hazards.

As a result, millions of Americans are spending billions of dollars every year on dietary supplement products, many of which have shown little or no evidence of either safety or effectiveness. In this blizzard of claims for dietary supplement products, valid claims are currently indistinguishable from invalid claims. Moreover, people may be replacing legitimate treatments of demonstrated effectiveness with unproven and questionable remedies. For example, high blood pressure is a well-understood condition that is readily treatable. Left untreated, or improperly treated, it can be life-threatening.

This report suggests that the success of FDA's rather modest enforcement actions of the past few years has been limited. The samples collected—along with oral representations of uses for dietary supplements—show that in nearly all cases unsubstantiated claims are moving off the product label and into catalogues, brochures, and oral sales pitches.

The history of health quackery in this century demonstrates that enforcement actions may cause manufacturers to remove claims from the label—but the products stay on the market. Even without claims on the label, sales literature and salespeople continue to make unsubstantiated claims. Moreover, products continue to be bought and used because of the original unsubstantiated claims made on their behalf.

The bottom line is this: The marketplace has changed little over the years despite FDA's efforts. If anything, unsubstantiated claims are becoming more exaggerated, more products of unknown effect are available, and their use is escalating.

When it comes to dietary supplements, the position of the Food and Drug Administration is straightforward: Dietary supplements should be safe, and any health claim on their labels or in promotional literature should be scientifically valid.

Many of these products can be beneficial. FDA has prepared this report so that consumers will have information about the broad range of claims being made for them. We will have learned little from the turn-of-the-century days of the traveling medicine show if the proliferation of unsubstantiated claims for dietary supplements is allowed to continue.

85

## DIETARY SUPPLEMENT SURVEY
### "I AM FEELING KIND OF WEAK, DO YOU HAVE ANYTHING TO HELP FIGHT INFECTION OR HELP MY IMMUNE SYSTEM?"

| | | |
|---|---|---|
| Echinacea Myrrh Blend | Mundelein, IL | The employee stated Echinacea is good for fighting infection and helping to boost the immune system and provided pamphlet entitled "The Biochemic Way to Health and Fitness." |
| Anti-Oxidants | Lawndale, CA | Store owner stated antioxidants are need to decrease free radicals in the body and build the immune system. |
| CoQ10 | Lomita, CA | Store owner stated that CoQ10 in this concentration (30 mg) is good for the immune system; it works at the cellular level to fight infection and is good for T cells. |
| Cell Defense CoQ10 Formula X11 | Ft. Lauderdale, FL | Store "nutritionist" highly recommended Formula X11, stating it had all the antioxidants needed to fight infections and also contains n-acetyl-cysteine, which has been found to stop the spread of AIDS cells in the body, plus Chinese herbs found to be effective against colds and bronchitis. Nutritionist said Cell Defense product fights infection at the cellular level and CoQ10 has antioxidants needed for the immune system. |
| Multi-Nutrients Multi-Anti-Oxidant Vitamin Preparation | N. Olmsted, OH | The employee stated, "We really can't recommend anything. The FDA doesn't allow us to." She proceeded to pull a book out from under the counter and told me to read several sections —one on fatigue and one on the weakened immune system. The book was <u>Prescription for Nutritional Healing</u>. She also recommended a multi-antioxidant vitamin preparation. |
| Centrum brand multivitamins | Davenport, IO | The employee suggested a good multivitamin; he also pointed out zinc. |

Ex. 2
Page 6