# EXHIBIT 6

17462279v1



September 29, 2021

The Honorable Michael S. Lee
United States Senate
Washington, DC 20510

Dear Senator Lee:

I write to you today to clarify that the Food and Drug Administration (FDA or the Agency) cannot provide comprehensive answers to four remaining questions posed in your letter to FDA on August 22, 2021, regarding FDA's interpretation of whether N-Acetylcysteine (NAC) is a lawful ingredient in dietary supplements and what potential regulatory action FDA might take regarding NAC products.  The Agency is actively considering all information pertaining to these questions and deliberating the issues raised; we have not yet reached any determination. Once we have reached final determinations, we would be happy to share these conclusions with you and your staff.

As we stated in our response to you on September 21, 2021, these four questions are actively under consideration as part of our review of two citizen petitions (CPs) filed with the Agency – one by the Natural Products Association and one by the Council for Responsible Nutrition. The deadline for FDA to respond to those CPs under 21 CFR 10.30(e)(2) is February 19, 2022, and November 26, 2021, respectively. As such, and consistent with the requests contained within the CPs, we are still in the process of giving these questions serious consideration as part of our obligation to carefully and thoroughly review CPs under 21 CFR 10.30. We commit to further respond to your office when the Agency has reached the necessary conclusions to respond to the two petitions with our determination on these questions.

However, as we stated in our previous response to your questions, we can reiterate the Agency's historical position on NAC: products containing NAC are excluded from the dietary supplement definition under section 201(ff)(3)(B)(i) of the Federal Food, Drug, and Cosmetic Act (the Act) (21 U.S.C. 321(ff)(3)(B)(i)). Under this provision, if an article (such as NAC) has been approved as a new drug under section 505 of the Act (21 U.S.C. 355), then products containing that article are outside the definition of a dietary supplement, unless before such approval that article was marketed as a dietary supplement or as a food. NAC was approved as a new drug under section 505 of the Act on September 14, 1963. FDA is not aware of any evidence that NAC was marketed as a dietary supplement or as a food before that date.  Although FDA stated this position in warning letters issued in 2020, this was not the first time the Agency asserted this position regarding NAC's status under section 201(ff)(3)(B)(i) of the Act.  For example, in an October 21, 2010, response to a new dietary ingredient notification for N-acetylcysteine ethyl ester, FDA stated that NAC is excluded from the definition of dietary supplement under section 201(ff)(3)(B)(i) of the Act.

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

Ex. 6
Page 1

Page 2 – The Honorable Michael S. Lee

To summarize, FDA has shared our historical position on the status of NAC. We simply do not have any final determination to share yet on the evaluation of additional information presented pertaining to these questions that are the subject of your letter and the two CPs, including whether FDA should reverse its historical position on the regulatory status of NAC. FDA is actively working to make a final determination on this matter. FDA encourages all dietary supplement industry members and other stakeholders to submit evidence or comment on this matter in the open dockets associated with the two CPs. Evidence and comments, such as evidence that might demonstrate NAC was marketed as a dietary supplement before its approval in 1963 as a drug, could be pivotal to FDA's ultimate determination on this matter. FDA looks forward to sharing a final determination with you once it is made.

Sincerely,

Andi L. Fristedt -S
Digitally signed by Andi L. Fristedt -S
Date: 2021.09.29 14:40:06 -04'00'

Andi Lipstein Fristedt
Deputy Commissioner for Policy,
  Legislation, and International Affairs