# EXHIBIT 8

17462297v1

Case 8:21-cv-03112-TDC   Document 1-8   Filed 12/06/21   Page 2 of 4



November 24, 2021

Daniel Fabricant, Ph.D.
Natural Products Association
440 1st Street NW, Suite 520
Washington, D.C. 20001

Re: Docket Number FDA-2021-P-0938

Dear Dr. Fabricant:

This letter is a tentative response to your citizen petition dated August 18, 2021, requesting that the Food and Drug Administration (FDA or we) "either determine, based on the facts provided [in the petition], that N-acetyl-L-cysteine ('NAC') is not excluded from the definition of a dietary supplement under 21 U.S.C. § 321(ff)(3) or, in the alternative, to recommend and support to the Secretary of HHS, that they issued [sic] a regulation, after notice and comment, finding that NAC, would be lawful under the [Federal] Food, Drug, and Cosmetic Act (the 'Act')." See Citizen Petition from Daniel Fabricant, Natural Products Association (NPA), submitted to the Division of Dockets Management, FDA, dated August 18, 2021, at page 1.

We are advising you, in accordance with 21 CFR 10.30(e)(2)(iv), that we are currently considering the issues raised by your citizen petition along with the other information filed in the docket, and that we have not reached a decision on your petition because of the complex nature of your request and research that we are still working to complete.

On June 1, 2021, before receiving your Petition, FDA received another citizen petition, from Steve Mister and Megan Olsen of the Council for Responsible Nutrition (CRN), requesting that we reverse our "recently adopted position that the [Act] prohibits manufacturers from marketing products containing [NAC] as dietary supplements." See Citizen Petition from Steve Mister and Megan Olsen, CRN, submitted to the Division of Dockets Management, FDA, dated June 1, 2021 (CRN Petition), at page 1. Due to the overlap between your citizen petition and the CRN Petition, we are evaluating both petitions concurrently.

Under section 201(ff)(3)(B) of the Act (21 U.S.C. 321(ff)(3)(B)), if an article has been approved as a new drug under section 505 of the Act (21 U.S.C. 355), licensed as a biologic under section 351 of the Public Health Service Act (42 U.S.C. 262), or has been authorized for investigation as a new drug or biological for which substantial clinical investigations have been instituted and for which the existence of such investigations has been made public, then products containing that article are outside the definition of a dietary supplement unless an exception applies. There is an

**U.S. Food and Drug Administration**
**Center for Food Safety & Applied Nutrition**
**5001 Campus Drive**
**College Park, MD 20740**
www.fda.gov

Ex. 8
Page 1

Page 2 – Dr. Fabricant

exception if the article was marketed as a dietary supplement or as a food before such approval, licensing, or authorization.  To help FDA respond to your petition and the CRN petition, we are open to receiving information from interested parties on the earliest date that NAC was marketed as a dietary supplement or as a food.

In addition, to help us evaluate your request to initiate rulemaking, should we reach this issue, we are asking that interested parties submit information to the docket (FDA-2021-P-0938) regarding the below topics.  To ensure that we are able to review all information in a timely manner, we request that submissions be received by January 25, 2022.  FDA is committed to reviewing this information expeditiously.

FDA is seeking data, research results, and other information related to the below topics.  We ask that interested parties explain their responses and provide any data, evidence, or other information supporting the responses.  We also ask that interested parties clearly identify the topic number and subsection, if applicable, associated with their responsive information.

If applicable, FDA intends to use the information submitted to the docket and other appropriate information to inform our thinking as to the appropriateness of using our rulemaking authority under section 201(ff)(3) of the Act (21 U.S.C. 321(ff)(3)) with regard to NAC.

   A. Data to Assess the Safe Use of NAC as or in a Dietary Supplement

   1. Data or information regarding past safe use of NAC in products marketed as dietary supplements.  The following are of particular interest:

      i. Product formulations and conditions of use, including, but not limited to, any identifying characteristics of the intended population (e.g., age and sex), duration of use, and frequency of use.

      ii. Sales and marketing data or information in connection with these products, including sales figures, invoices or brochures, and production amounts.

      iii. Data or information regarding consumer complaints or adverse events associated with the use of these products.

      iv. Data or information regarding epidemiological studies or human historical consumption survey results.

   2. Other data or information regarding safety with respect to NAC.  The following are of particular interest:

      i. Data or information relevant for determination of NAC's toxicity profile, including unpublished and published safety studies and related information relevant to a safety assessment as well as safety studies that identify adverse effects or that bear on the determination of an acceptable daily intake.

      ii. Data or information related to human trials or clinical studies intended to evaluate the safety of NAC, specifically trials or studies on healthy individuals that collected safety endpoints and adverse events.

Page 3 - Dr. Fabricant

    B. Data to Identify Potential Safety Concerns with NAC When Used as or in a Dietary Supplement[1]

        1. Data or information as to any conditions or uses under which NAC would present a significant or unreasonable risk of illness or injury.

        2. Data or information as to any conditions or uses under which the use of NAC in dietary supplements may render the dietary supplement injurious to health.

We will contact you when our review is complete, at which time we will inform you of the actions, if any, we decide are appropriate in response to your petition.

        Sincerely,

        Douglas W. Stearn -S
        Digitally signed by Douglas W. Stearn -S
        Date: 2021.11.23 15:53:29 -05'00'

        Douglas Stearn
        Deputy Director for Regulatory Affairs
        Center for Food Safety and Applied Nutrition

---

[1] Relevant to the applicable provisions of section 402(f)(1) of the Act (21 U.S.C. 342(f)(1)), FDA has received information that NAC was marketed as a dietary ingredient in the United States before October 15, 1994.