IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Natural Products Association

    Plaintiff,

v.

FDA; HHS; Becerra; Woodcock

    Defendant.

\*    \*    \*    \*    \*

Case No. 8:21-cv-03112

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Defendants.**

I certify that I am admitted to practice in this Court.

1/6/22
Date

*[Signature]*
Signature

Kimberly R. Stephens, 817383
Printed name and bar number

450 5th St. NW, Washington, DC 20001
Address

kimberly.r.stephens@usdoj.gov
Email address

202-305-0033
Telephone number

202-514-8742
Fax number

Entry of AppearanceCivil (08/2015)