UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATURAL PRODUCTS ASSOCIATION,<br><br>      Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION; DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services; and JANET WOODCOCK, M.D., in her official capacity as Acting Commissioner of Food and Drugs,<br><br>      Defendants. | Case No. 8:21-cv-03112-TDC |

## ORDER

The Plaintiff and Defendants, having filed a joint motion pursuant to Fed. R. Civ. P. 4, 12 and 15 to extend deadlines, and being advised in the premises, it is hereby ORDERED that:

1. Defendants need not file an answer or response to the original Complaint by February 14, 2022.

2. On or before February 21, 2022, NPA will file an unopposed First Amended Complaint in this case.

3. Defendants' answer or other response will be due within 21 days from the date of service of the First Amended Complaint.

Dated: February 7, 2022

THEODORE D. CHUANG
United States District Judge