# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATURAL PRODUCTS ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:21-cv-03112-TDC |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Natural Products Association hereby voluntarily dismisses without prejudice all claims against all of the Defendants.

Dated: November 1, 2022        Respectfully submitted,

/s/ Richard J. Oparil
Kevin M. Bell (Bar No. 14382)
Richard J. Oparil (Bar No. 13063)
Matthew D. Zapadka
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
(202) 677-4906
kevin.bell@agg.com
richard.oparil@agg.com
matthew.zapadka@agg.com

Attorneys for Plaintiff
Natural Products Association

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on all counsel of record through the Court's ECF system on November 1, 2022.

/s/ Richard J. Oparil
Richard J. Oparil
