# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

NATURAL PRODUCTS ASSOCIATION,

    Plaintiff,

v.

FOOD AND DRUG ADMINISTRATION,
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
XAVIER BECERRA,
*in his official capacity as Secretary of the
Department of Health and Human Services,*
and
JANET WOODCOCK,
*in her official capacity as Acting
Commissioner of Food and Drugs,*

    Defendants.

Civil Action No. TDC-21-3112

## ORDER

On November 1, 2022, Plaintiff Natural Products Association filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 40. The Court having reviewed the Notice, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close this case.

Date: November 4, 2022

THEODORE D. CHUANG
United States District Judge